Tomfol Owners Corp., Petitioner-Landlord-Respondent, 
against
Robin Parker, Respondent-Tenant-Appellant, -and- Nelson Oquendo, "John Doe," "Jane Doe," Respondents-Respondents.



Tenant, as limited by the briefs, appeals from so much




of an order of the Civil Court of the City of New York, New York County (Michelle D. Schreiber, J.), dated April 28,
2017, which denied tenant's motion for attorneys' fees in a nonpayment summary proceeding.
Per Curiam.
Order (Michelle D. Schreiber, J.), dated April 28, 2017, insofar as appealed from, affirmed, with $10 costs.
In light of tenant's admitted default in paying maintenance due under the proprietary lease and tender of arrears during the pendency of this nonpayment proceeding, tenant was not entitled to an award of attorneys' fees as the prevailing party, even though the petition was ultimately dismissed due to a defective rent demand (see Matter of Stepping Stones Assoc. v Seymour, 48 AD3d 581, 584 [2008], lv dismissed 10 NY3d 953 [2008]; Ram I v Stuart, 248 AD2d 255, 256 [1998]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 23, 2018